# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E2048154 | Morton | M9218 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/20/2024 0252
Offense Charged: ☒ State Code — NCGS 20-138.7

Place of Offense: ACP 5 All American gate

Offense Description: Factual Basis for Charge: Open container

SGT / 25th OM

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Green | Shimon | T |

| City | State | Zip Code |
|---|---|---|
| Ft. Liberty | NC | 28307 |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refused to sign.

Original - CVB Copy

*E2048154*

5:24-mj-01683-BM Document 1-1 Filed 05/28/24 Page

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 20, 2024 while exercising my duties as a law enforcement officer in the Eastern District of NC

After Apprehending Green for DuI, a search of his vehicle revealed a half empty bottle of what appeared to be liquor resulting in this situation

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/20/2024
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge